

*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

September 24, 2024

*Via electronic mail*

Paige Austin
Supervising Litigation Attorney
Make The Road New York
301 Grove St.
Brooklyn, New York 11237
paige.austin@maketheroadny.org

      Re:    Complaint No. CR-007846

Dear Paige Austin:

On November 22, 2023, the U.S. Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL) received your correspondence on behalf of Milton Canales Molina ("Noncitizen") (A094 004 098). In your correspondence, you alleged that officers at Central Louisiana ICE Processing Center used excessive force and placed the Noncitizen in segregation without providing medical care.

Pursuant to 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL reviews and assesses information concerning possible abuses of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion, by employees and officials of DHS. CRCL also reviews allegations that DHS employees, programs, or activities discriminated on the basis of disability under Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794.

In accordance with CRCL's statutory authority, CRCL opened an investigation into the allegations in your correspondence. CRCL investigated these allegations by reviewing video and documentation of the incident, and resultant medical information.

Following the investigation, CRCL suggested that ICE provide additional training on accurately reporting use of force incidents, including documenting all recording devices used in these incidents.

As noted in our initial complaint acknowledgement letter, please be advised that CRCL's complaint process does not provide individuals with legal rights or remedies. Accordingly, CRCL is not able to obtain any legal remedies or damages on anyone's behalf. Instead, we use complaint investigations to identify and address problems in DHS policy and its implementation.

This investigation is now closed. CRCL has recorded your allegations and the results of the investigation in our database, and we will continue to track this issue if we receive new allegations that raise similar concerns.

Thank you for bringing this matter to our attention. Inquiries like yours help DHS meet its obligation to protect civil rights and civil liberties. If you wish to file new allegations of civil rights and civil liberties violations by DHS, please contact CRCL by email at CRCLcompliance@hq.dhs.gov or visit our online complaint portal at https://engage.dhs.gov/crcl-complaint.

    Sincerely,

    Office for Civil Rights and Civil Liberties
    U.S. Department of Homeland Security