*Office of Enforcement and Removal Operations*
*Field Office New York City*

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, NY 10278



**U.S. Immigration and Customs Enforcement**

November 22, 2024

Hannah Rosner, Esq.
Brooklyn Defender Services
177 Livingston St, 7th Floor
Brooklyn, NY 11201

Re: Release Request for CANALES MOLINA, Milton  A094 008 098

Dear Counselor Rosner,

U.S. Immigration and Customs Enforcement (ICE) has reviewed your client's case for consideration as to whether to release him from custody pending the resolution of his removal proceedings.

I have carefully reviewed your client's medical status, immigration, and criminal history, as well as the basis for the charges under which his removal is being sought. In addition, I have carefully considered all supporting documents that you provided in your release request.

The release of an individual from detention is generally justified only on a case-by-case basis for humanitarian reasons or significant public benefit, provided the non-citizen presents neither a security risk nor a risk of absconding.

As you are aware, your client was arrested and charged with criminal possession of a weapon and was convicted of criminal possession weapon- 4th: firearm/weapon and was sentenced to term: time served, and for the crime of illegal re-entry after deportation. Your client also has an Interpol Warrant in El Salvador for murder.

I find no compelling reason to warrant a favorable exercise of discretion in this case.

Accordingly, your request for your client's release is denied in that they have not demonstrated that they are not a flight risk nor a danger to the community. ICE will continue to review your client's case consistent with the existing law and policy. Please be advised that there is no administrative appeal of this decision.  If additional information is needed, you can contact Deportation Officer Morrow at nycdetaineeinquiry@ice.dhs.gov.

Sincerely,

Kenneth Genalo
Field Office Director

www.ice.gov