MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York
By:     ANTHONY J. SUN
        Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2810
Email: anthony.sun@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MILTON CACERES MOLINA a/k/a MILTON CANALES MOLINA,

        Plaintiff,

        - against -

WILLIAM JOYCE, *et al.*,

        Defendants.

25 Civ. 1844 (LAK)

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of William Morrow dated April 11, 2025, and all prior papers and pleadings in this action, Defendants William Joyce, Todd Lyons, Kristi Noem, and Pamela Bondi (collectively, "Defendants"), by their attorney, Matthew Podolsky, Acting United States Attorney for the Southern District of New York, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York, as soon as counsel may be heard, for an order dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(2) and (3), or in the alternative, transferring this action to the United States District Court for the Western District of Louisiana, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
April 11, 2025

        MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York
        *Attorney for Defendants*

By:   s/ Anthony J. Sun
       ANTHONY J. SUN
       Assistant United States Attorney
       86 Chambers St., 3rd Floor
       New York, New York  10007
       (212) 637-2810
       anthony.sun@usdoj.gov