UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON CACERES MOLINA<br>a/k/a MILTON CANALES MOLINA,<br><br>*Plaintiff,*<br><br>v.<br><br>WILLIAM JOYCE, *et al.*,<br><br>*Defendants.* | Case No. No. 25-CV-1844<br><br>DECLARATION OF<br>DEPORTATION OFFICER<br>WILLIAM MORROW |

Pursuant to 28 U.S.C. § 1746, I, William Morrow, hereby declare as follows:

1.  I am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since September 2015. Prior to that, I served ICE as an Immigration Enforcement Agent. As a Deportation Officer, I manage the cases of aliens who are in immigration proceeding, and certain aliens who are in detention. Once an alien is ordered removed from the United States, I facilitate the alien's removal by coordinating with the government of that alien's country of removal to obtain proper travel documents.

2.  I have prepared this declaration in connection with a Complaint filed by the plaintiff, Milton Caceres Molina ("Molina"). Molina has been assigned the following Alien Number: 094 004 098. The following representations are based on my review of Molina's administrative file, consultation with my colleagues, ICE electronic records and databases, and personal knowledge of the case.

3.  Molina is a native and citizen of El Salvador who first entered the United States at an unknown location at an unknown time.

4.  On December 7, 2009, Molina was convicted Criminal Possession of a Weapon, in violation of New York Penal Law 2650.01(1).

5. On December 16, 2009, Molina was Ordered Removed to El Salvador.

6. On February 9, 2010, Molina was removed to El Salvador.

7. Molina reentered the United States at an unknown location at an unknown time.

8. On May 3, 2019, an INTERPOL Red Notice was issued for Molina, indicating there was an outstanding arrest warrant issued by a court in El Salvador charging him with Murder and Participation in an Organized Criminal Group.

9. On February 9, 2022, Molina was convicted, in the Eastern District of New York, for Illegal Reentry, in violation of to 8 U.S.C. 1326(a).

10. On February 11, 2022, Molina was detained in New York at the Orange County Jail by Immigration and Customs Enforcement, Enforcement and Removal Operations, pursuant to the Immigration and Nationality Act ("INA") Section 241, 8 U.S.C. § 1231. He has remained detained pursuant to that INA § 241 since that time.

11. Also on February 11, 2022, Molina was served with a Notice of Intent/Decision to Reinstate Prior Order.

12. On February 28, 2022, DHS conducted a credible fear interview with Molina and concluded that he had a reasonable fear of torture in El Salvador. His case was later referred to the Immigration Court for a withholding-only hearing, and he filed an application for withholding of removal with the Immigration Court.

13. On May 5, 2022, ICE conducted a 90-day Post Order Custody Review, pursuant to 8 C.F.R. § 241.4 and determined that Molina would remain in ICE custody.

14. On July 8, 2022, Molina's application for Deferral of Removal pursuant to the Convention Against Torture was denied by the Immigration Court.

15. On July 25, 2022, Molina was transferred to the Adams County Detention Center located in Brighton, Colorado.

16. On August 17, 2022, ICE conducted a 180-day Post Order Custody Review, pursuant to 8 C.F.R. § 241.4 and determined that Molina would remain in ICE custody.

17. On November 8, 2022, the Board of Immigration Appeals dismissed Molina's appeal of the Immigration Court's decision.

18. On November 17, 2022, ICE conducted a 270-day Post Order Custody Review, pursuant to 8 C.F.R. § 241.4 and determined that Molina would remain in ICE custody.

19. On November 29, 2022, Molina filed a Petition for Review with the United States Court of Appeals for the Second Circuit.

20. On February 17, 2023, ICE conducted a 360-day Post Order Custody Review, pursuant to 8 C.F.R. § 241.4 and determined that Molina would remain in ICE custody.

21. On March 16, 2023, Molina was transferred to the Central Louisiana ICE Processing Center located in Jena, Louisiana.

22. On June 1, 2023, ICE conducted a 450-day Post Order Custody Review, pursuant to 8 C.F.R. § 241.4 and determined that Molina would remain in ICE custody.

23. On August 8, 2023, ICE conducted a 540-day Post Order Custody Review, pursuant to 8 C.F.R. § 241.4 and determined that Molina would remain in ICE custody.

24. On September 15, 2023, Molina filed a Motion to Reopen with the Board of Immigration Appeals.

25. On November 21, 2023, the Court of Appeals for the Second Circuit granted Molina's motion for a stay of removal.

26. On February 2, 2024, the Board of Immigration Appeals granted Molina's Motion to Reopen and remanded the matter to Immigration Court for further proceedings.

27. On September 3, 2024, the Immigration Court ordered Molina removed to El Salvador, but granted Molina's application for Deferral of Removal pursuant to the Convention

Against Torture.

28.　On October 2, 2024, the Department filed a Notice of Appeal of the Immigration Court's decision to the Board of Immigration Appeals.

29.　On December 2, 2024, Immigration and Customs Enforcement conducted a Custody Review pursuant to ICE Directive 16004.1 and concluded that Molina would remain detained following the Immigration Court's grant of Deferral of Removal.

30.　On January 24, 2025, timely briefs were submitted to the Board of Immigration Appeals, where the appeal remains pending.

31.　On March 13, 2025, the Second Circuit Court of Appeals issued an order holding his November 2022 Petition for Review in abeyance pending decision in two other appeals.

Executed at New York, New York
this 11th day of April 2025

_____
William Morrow
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security